# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/30/2005  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CV04-00447JMS-KSC
CASE NAME:        Elizabeth Minor, etc. vs. Wild Side Specialty Tours, et al.
ATTYS FOR PLA:
ATTYS FOR DEFT:

JUDGE:   Kevin S. C. Chang         REPORTER:

DATE:    12/30/2005                TIME:

COURT ACTION:  EO:  Counsel has not submitted a Dismissal.  The Court will issue an Order dismissing this action and retain jurisdiction to enforce the terms and conditions of settlement.

cc: Law Clerk to Judge Chang

Submitted by: Shari Afuso, Courtroom Manager