IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ELIZABETH MINOR, et. al., | ) CIVIL NO. 04-00447 JMS-KSC |
| Plaintiff, | ) ORDER OF DISMISSAL |
| vs. | ) |
| WILD SIDE SPECIALTY TOURS, et. al., | ) |
| Defendants. | ) |

ORDER OF DISMISSAL

The court having been advised by counsel for the parties that the above-entitled proceeding has been settled, and

GOOD CAUSE APPEARING FOR DISMISSAL,

IT IS ORDERED that this action is hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees. The court retains jurisdiction to reopen the proceeding within thirty

days of this order, upon good cause shown, if the settlement conditions have not been satisfied.

IT IS SO ORDERED.

Dated: Honolulu, Hawaii, January 9, 2006.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

*ELIZABETH MINOR, et. al. vs. WILD SIDE SPECIALITY TOURS, et. al.*; CIV.NO. 04-00447 JMS-KSC; Order of Dismissal