AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| ELIZABETH MINOR, et. al., | JUDGMENT IN A CIVIL CASE |
| Plaintiffs, | Case: CIVIL 04-00447JMS-KSC |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| WILD SIDE SPECIALTY TOURS, et al., | January 10, 2006 |
| Defendants. | At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |

[ ]   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

All Claims against defendant Island Spirit Charters, Inc., having previously been dismissed without prejudice, as pursuant to the Notice of Voluntary Dismissal filed August, 27, 2004, IT IS ORDERED AND ADJUDGED that the Action is Dismissed with Prejudice, as pursuant to the provisions set forth in the "ORDER OF DISMISSAL" filed on January 10, 2006.

cc:   All Counsel of Record

| January 10, 2006 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | _[signature]_ |
| | (By) Deputy Clerk |